EX PARTE QUINTERO ET AL., PETITIONERS AND APPELLANTS.

APPEAL from the District Court of Arecibo in a proceeding for the approval of a partition of an inheritance.

No. 1085.—Decided April 28, 1914.

APPEAL—DISMISSAL OF APPEAL—EX PARTE PROCEEDINGS—TRANSCRIPT OF RECORD.—In *ex parte* proceedings in which there is only one party, the transcript of the record should be certified to by the secretary of the lower court and not by the attorney for the only party interested, and when said transcript does not come up in that form, the appeal should be dismissed. See *Ex parte Hernández et al.,* decided April 28, 1914.

The facts are stated in the opinion.

*Messrs. Antonio Sarmiento* and *Largé & Paz* for the appellants.

MR. CHIEF JUSTICE HERNÁNDEZ delivered the opinion of the court.

This is an appeal from an order of the District Court of Arecibo dated December 8, 1913, refusing to approve a deed of partition of the estate of Manuel López Delgado, deceased, executed in the town of Camuy on September 17 of the same year before Notary Manuel Paz Urdaz, which deed was submitted to the said court for its approval, together with other documents, on October 6, 1913.

The transcript of the record is certified to by the attorneys for the petitioner-appellants, or rather, by Attorney Manuel Paz Urdaz in representation of the professional firm of Largé & Paz.

In deciding to-day case No. 1082 of *Ex parte Antonia Hernández Siberio and Ramón Casaña Morales,* which was another appeal from the same District Court of Arecibo, we dismissed the appeal for the reason that the transcript of the record should have been certified to by the secretary of the court and not by the attorney of the only party interested.

In the opinion which served as a basis for the said decision we stated the reasons therefor and as the said reasons apply to the case at bar we refer to them and dismiss the present appeal also.

*Appeal dismissed.*

Justices Wolf, del Toro and Aldrey concurred.